# EXHIBIT  1

 Gmail

Edward Fagan <faganinternational@gmail.com>

## Sinoville CAS 347/01/2019

**GP:DPCI CCU - Capt Chiloane** <ChiloaneEric@saps.gov.za>
To: Interpol | Central Mail <interpol@saps.gov.za>
Cc: Edward Fagan <faganinternational@gmail.com>

Wed, Mar 27, 2019 at 1:47 AM

Dear Sir/Madam

The subject serves as reference

Mr E.D. Fagan ,the complainant who fell victim to internet fraud where over R181 000 000.00 (one hundred and eighty one  million rand) was lost

Deposited money into around the world in countries like USA and China to mention few. The case is highly complicated and requires

Assistance at international Level

Please advise on the above matter

Your assistance on this matter will be highly appreciated

## Captain CHILOANE E

## SERIOUS COMMERCIAL CRIME INVESTIGATION : DPCI Gauteng

## Cell: 071 481 3402

## Email Internal: GP:DPCI CCU - Capt Chiloane

## Email External: ChiloaneEric@saps.org.za



SOUTH AFRICAN POLICE SERVICE ● SUID-AFRIKAANSE POLISIEDIENS

STATEMENT ● VERKLARING

PARTICULARS OF OFFENCE/INCIDENT ● BESONDERHEDE VAN MISDRYF/VOORVAL

SCENE OF CRIME ● TONEEL VAN MISDAAD

2019-01-26

# EXHIBIT   2

 Gmail

Edward Fagan <faganinternational@gmail.com>

## Misc Follow Up Regarding Nigerian Fraud

**Bradford, Krista C. (NO) (FBI)** <kcbradford@fbi.gov>
To: Edward Fagan <faganinternational@gmail.com>

Wed, Mar 6, 2019 at 9:17 PM

Mr. Fagan,

We will meet at the FBI office tomorrow: 2901 Leon C Simon Blvd. New Orleans, La. Park outside the gate. I will let the security guards know you are coming.

Please bring with you any documentation and contact information for all other law enforcement agencies involved.

Regards,

Krista

-

[Quoted text hidden]

 Gmail

Edward Fagan <faganinternational@gmail.com>

## Follow Up

**Bradford, Krista C. (NO) (FBI)** <kcbradford@fbi.gov>
To: Edward Fagan <faganinternational@gmail.com>

Wed, Mar 13, 2019 at 11:21 AM

Good morning Mr. Fagan,

I am following up from our meeting last week.

Can you please send me the contact information for your associates?

Also, I would appreciate the wire instructions and wire details for Johnbull Ejovi and David Gory as soon as you are able to get them together.

Thank you,

Krista Bradford

 Gmail

Edward Fagan <faganinternational@gmail.com>

## Nigerian Fraud

**Bradford, Krista C. (NO) (FBI)** <kcbradford@fbi.gov>
To: Edward Fagan <faganinternational@gmail.com>

Wed, Apr 3, 2019 at 6:10 PM

Hello, Mr. Fagan,

Have you had a chance to get the documents together related to the instructions for the wires?

Thank you,

Krista

-
[Quoted text hidden]

# EXHIBIT 3

# ASSIGNMENT

## SECTION 1 – THE PARTIES

### Party #1 – R.W. Dancluk – Assignor

R. W. Dancluk (D/O/B) _____, and located at 10504 100 Avenue, Fort St. John, BC V1J 1Z2 CANADA (hereinafter "Dancluk", or "Party #1") is the owner of 100% of the interest and rights to recovery and ownership of certain claims for recovery of monies that were paid and sent by international wire transfers between 2016 to 2018 to various persons, entities, governmental institutions and financial institutions and which monies (hereinafter "Monies Paid / Wired") were paid and sent from, to and through certain banks and financial institutions located in Canada, the United States and elsewhere in the world as part of the purchase and recovery and acquisition of various assets including but not limited to estate assets, real property, leases, contract rights, outstanding contract revenue, personal property, unpaid but earned income, pension and retirement plans, monies held in bank accounts, assets deposited into safe deposit boxes and vaults and other real and personal property and assets and which "Monies Paid / Wired" consists third parties in bank accounts including but not to the below listed institutions and other persons / entities who / which assisted with the transfer of monies:

**Bank and Financial Institutions Involved:**
Bank of America, Bank of Montreal, Barclays, BNP Paribas, Canadian Imperial Bank of Commerce, Citibank, Chase (JP Morgan Chase), Compass Bank, Credit Registry Corp (United Bank of Africa), East West Bank, Fidelity Investments, Fiserv – Equity Bank, Huntington National Bank, Money Gram, MUFG Union Bank, PNC Bank, Royal Bank of Canada, Scotia Bank, Sun Trust, TD Bank, USAA, Western Union, Wells Fargo, Zhejiang Tailong Commercial Bank, The World Bank and other sending institutions, receiving and transfer/transferee banks and institutions as may be identified in the future.

**Other Persons / Entities or Institutions :**
Internet / Domain Service Providers, Lawyers, Government or Quasi-Government Agencies, Transportation Companies, Insurance Companies and such other persons / entities that were involved with the solicitation, sending and receiving of the "Monies Paid / Wired"

### Party #2 – Edward D. Fagan – Assignee

Edward D. Fagan (D/O/B: _____) residing at 590 NE Watercrest Way, Boca Raton, FL 33432 and US Passport # _____ (hereinafter "Assignee" or "Party #2").

## SECTION 2 – ASSIGNOR & ASSIGNEE

2.1    Party #1 Dancluk hereby assigns to Party #2 Fagan the absolute right and

Initials: _____ and _____

---

authority to take actions indicated below on behalf of 100 % of Dancluk's interests in the recovery of the "Monies Paid / Wired" as described in Section 1.1 above and (i) to file administrative, regulatory, civil and criminal complaints; (ii) to make claims related to recovery of monies paid and transferred; (iii) to make claims to compel identification of the undisclosed parties to whom the paid and transferred monies may have been subsequently transferred by the banks and/or persons identified to clear; and (iv.) to make claims against the banks and other persons/institutions who/which were involved with and benefited from the "Monies Paid / Wired".

1.2    Upon the successful conclusion of efforts and/or claims as explained above plus interest and other damages, are returned, Party # 2 Fagan and Party #1 Dancluk agree that Trust or Escrow Account of a mutually agreed upon lawyer and/or other damages, shall be deposited into a Trust or Escrow account of a mutually agreed upon lawyer or accountant in Fort Saint John, British Columbia and the monies shall be retained in such Trust or Escrow account until the parties agree upon division of the recovered monies and payment of any unpaid fees and expenses incurred.

2.3    Upon the successful recovery of "Monies Paid / Wired", plus any additional interest and other damages, the parties further agree that they shall meet, discuss and agree upon an equitable and fair division of any additional monies and assets that may be recovered.

2.4    The assignment shall take effect as of this date and shall last up to and including

1.5    Party #2 Fagan agrees to use his best efforts and diligence to pursue persons, entities, financial institutions, government institutions and others involved with "Monies Paid / Wired" and (i) locate and identify the entities responsible for and/or involved with "Monies Paid / Wired" and (ii) compel the return of "Monies Paid / Wired", plus appropriate interest and other damages and (iii) compel compliance of the return of other assets for which the "Monies Paid / Wired" were transferred, wired and paid.

2.6    Party #1 Dancluk and Party # 2 Fagan shall agree upon a budget and payment of all ongoing fees, expenses and costs associated with the above stated purposes. Any fees, expenses and costs that may be incurred and which have not been agreed to by the Parties shall be borne exclusively by the Party who / which was responsible for incurring the fees, expenses and costs that were not included in the agreed upon budget.

2.7    This assignment is personal to Fagan and may NOT re-assigned to third parties or others without the prior written consent of Party 1.

Initials: _____ and _____

## SECTION 3 – CONDITION(S)

3.1 Party # 2 Fagan has paid ten dollars (US$) and has provided other good and valuable consideration to Party # 1 Daneliuk in order to purchase this Assignment.

3.2 Party # 2 represents that he will undertake and pursue civil and criminal claims which are intended to secure the return of the "Monies Paid / Wired", to secure the payment of damages and expenses and to identify and hold responsible all persons, entities, financial institutions and / or governmental agencies that were involved with and / or benefited from the "Monies Paid / Wired".

3.3 Party # 1 Daneliuk understands and agrees that (i) Party # 2 Fagan is not and will not offer legal advice to Party # 1 Daneliuk during the course of his work during this Assignment, (ii) Party # 1 Daneliuk has his own lawyer and / or has had a chance to consult with his own lawyer prior to entering into this Assignment.

## SECTION 4 – WARRANTY

4.1 For purposes of this Assignment, Party # 1 Daneliuk hereby warranties and confirms that he has the absolute right to execute this assignment and that he will provide all reasonable cooperation with the Party # 2 Fagan to assist him in the performance of the obligations contained herein.

4.2 Insofar as legally permissible, any warranty as to Party # 2 Fagan's performance, success or results (other than Party # 2 Fagan's using its best efforts) to secure performance of the above contracts or to recover the advance fees paid or any other damages is disclaimed.

## SECTION 5 – DUTY TO CONSULT & STRATEGIZE

Party # 2 Fagan agrees to consult and strategize with Party # 1 Daneliuk the efforts he will take in the performance of his obligations contained herein. Party # 2 Fagan shall also consult and strategize with Party # 2 Daneliuk with regard to any responses and/or opposition to Party # 2 Fagan's efforts.

## SECTION 6 – OBLIGATION OF COOPERATION

Party # 1 Daneliuk agrees to cooperate with Party # 2 Fagan with regard to the preparation of declarations, statements or evidence needed for applications to regulatory, administrative, civil and criminal investigations.

Initials: _ and _

7.1 Attachments and addenda or corrections to this Assignment are not valid unless set forth in writing and notarized.

7.2 The Parties agree that this Assignment is governed by the laws of the United States and Canada and that in the event of any dispute related to this Assignment, the Court(s) of the United States and Canada shall both be deemed competent to hear and shall have jurisdiction over any dispute.

## SECTION 8 – DISPUTE RESOLUTION (BINDING ARBITRATION

8.1 In the event of a dispute between the parties, prior to being able to submit the dispute to a Court, the parties agree that the dispute must first be submitted for binding (and non-appealable) Arbitration in Canada or the United States, before the Canadian Arbitration Association - (https://www.amic.org/) or the American Arbitration Association - (https://www.adr.org/) and arbitrators shall be chosen from the list of recognized and approved arbitrators from either of those two Associations.

8.2 The arbitration shall be conducted in accordance with the Rules of the American Arbitration Society and/or the Canadian Arbitration Society; depending upon the choice of Arbitration Associations.

8.3 In the event the dispute is submitted for Arbitration, the Arbitration shall be conducted and concluded within 6 months of the date it is submitted.

## SECTION 9 – MISCELLANEOUS PROVISIONS:

9.1 Should individual provisions or clauses of this Assignment be or become invalid in whole or in part, the remaining provisions hereof shall continue to apply. The Parties agree in act in good faith in replacing the invalid provision by agreeing upon a valid provision that most closely approximates the spirit and purpose of the invalid provision.

9.2 Prior to executing this Assignment, each Party has had an opportunity to consult with his / their own counsel. This Assignment is made with full authority and knowledge of its terms, conditions and present.

9.3 It is agreed that Party # 1 Daneliuk shall pay Party # 2 Fagan limited / reduced consulting fees and reimbursement of expenses according to a budget that shall be agreed upon by them. In the event, Party # 2 Daneliuk refuses to agree upon a budget or does not timely pay the agreed upon budgeted fees and reimbursements, Party # 2 Fagan shall be return the Assignment and suspend or cease performance of the actions contemplated herein.

Initials: _ and _

This Assignment is approved by the Parties as follows:

**Assignor – Party #1**

Dated: Jan , 8, 2019
Fort Saint John, British Columbia

Notarized By:
Dated: Jan 18 /19
Fort Saint John, British Columbia

_____
Notary Seal

R. W. Danchuk

Print Name: R. W. DANCHUK Sm06504
Address: 10604 105 Ave 105A7069
       Fort St John B.C.
       Jar 4G5 Fort St John B.C.

Tel #:
Email: copper.katerpurs@cu.cs

**Assignee – Party #2**

Edward D. Fagan accepts this Assignment according to the above terms / conditions.

Dated: Jan 16, 2019
Boca Raton, Florida

Notarized By:
Dated:
Boca Raton, Florida

_____
Notary Seal

Edward D. Fagan

Print Name: Edward D. Fagan
Address: 5 Olde Mill Ecru Way
        Boca Raton
        561-400-2341 FL 33432
Tel #:
Email: Faganed@netscape @
        Smail.com

Initials: RWD and [signature]

# EXHIBIT  4

A2/1

## RW Daneluk Inc.

| | |
|---|---|
| **From:** | paul corkum [paulcorkum@hotmail.com] |
| **Sent:** | April 04, 2018 5:20 AM |
| **To:** | Russ Daneluk |
| **Subject:** | Fwd: Draft processed. |

Sent from my iPhone

Begin forwarded message:

**From:** Chase Bank <chaseheadquarters@draftissue.com>
**Date:** April 4, 2018 at 8:16:26 AM EDT
**To:** paulcorkum@hotmail.com
**Subject: Draft processed.**
**Reply-To:** Chase Bank <chaseheadquarters@draftissue.com>

Greetings,

This is to notify you that we have received the full payment for the re-issue of your bank draft and it would be processed accordingly.

The bank draft is scheduled to be sent out by the 11th of April 2018, and your recipient in Florida would get it on or before the 17th of April 2018.

Your delivery would be made by Deutche Post (DHL), and we have been informed by them that upon the delivery of the draft to the recipient, they would require a Florida tax payment of $5,650 before releasing the draft to the receipient.

So you are to inform the recipient to have a USA bank draft of $5,650 ready for DHL upon the delivery. As soon as we have you draft sent out, a notification email would be sent to you.



**CHASE**

Kind Regards,

**Martin Graham.**

A2/2

RW Daneluk Inc.

From:           paul corkum [paulcorkum@hotmail.com]
Sent:           Saturday, August 05, 2017 5:05 PM
To:             Russ@daneluk.com

**Secure Connection**

**Menu Button**
- Balance Field
- Wire Fund
- Edit Profile
- Change PIN

**Welcome: PAUL CORKUM**

Account No:  6088673899

Pending
Balance:        $0.00

Available
Balance:        $27,108,000.00

Account Balance:  $27,108,000.00

**Dash Board**

Supervisor:  Mr. DAVID A LEWIS

Beneficiary:

Next Of Kin:  KARI PETERS

Client Info: You received $20,000,000 from JP MORGAN CHASE BANK on 08/05/2017

© 2016 BGL BNP Paribas

Sent from Mail for Windows 10

1

𝐴2/3

## RW Daneluk Inc.

**From:**     paul corkum [paulcorkum@hotmail.com]
**Sent:**     April 16, 2018 5:31 AM
**To:**       Russ Daneluk
**Subject:**  123_1.jpg

HSBC ❌                    CASHIER'S CHECK         US DOLLAR DRAFT
                                          DATE 04/12/2018     (CASHIER'S CHECK)
   VERIZON WIRELESS                                           No. 104722108
      REMITTER                               5,650.00
                                          U.S. DOLLARS                    75-125
                                                                          223

PAY Five Thousand Six Hundred Fifty Dollars And No Cents

TO
THE
ORDER    DEUTSCHE POST (DHL)
OF

Payable through HSBC Bank USA, N.A.                Drawer:HSBC BANK USA, N.A.

                                          _Th senes/hors2_
                                          AUTHORIZED SIGNATURE

                                          _____
                                          AUTHORIZED SIGNATURE

      ⑈104722108⑈ ⑈022301253⑈   713010975⑈

Sent from my iPhone

A2/4

**RW Daneluk Inc.**

**From:**       paul corkum [paulcorkum@hotmail.com]
**Sent:**       April 13, 2018 6:15 AM
**To:**         Russ Daneluk
**Subject:**    {Spam?} Fwd: Bank Draft


Sent from my iPhone

Begin forwarded message:

> **From:** Chase Bank <chaseheadquarters@draftissue.com>
> **Date:** April 13, 2018 at 9:09:27 AM EDT
> **To:** russ@daneluk.com
> **Cc:** paulcorkum@hotmail.com, dlewis5515@gmail.com
> **Subject: Bank Draft**
> **Reply-To:** Chase Bank <chaseheadquarters@draftissue.com>

> Greetings,


>    Thanks Russell for contacting the chase department of inheritance and estates disbursement. After thoroughly going through your document regarding the money spent on the Mr Peter Grant inheritance, we found out that several wires were sent to various individuals for one main purpose, which is to secure the release of the inheritance payment.

>    This is to confirm that all the bills that was required by financial institutions and governmental agencies have been duly paid, however on the inheritance assessment that was sent to us by the inheritance advisor Mr. David Lewis, their is a huge gap present within the figures you sent and the figures we received from Mr David Lewis as the expenditure costs. In the next paragraphs, I would break down in segments the reason why we are encountering this at this last stage and possible solutions.


> **IMPORTANCE OF INHERITANCE EXPENDITURE CERTIFICATE:**


> It is a common law in the United States that inheritance are not taxable, however their are various charges and payments that are required by financial institution and governmental agencies which are called **Inheritance Expenditure** in other to liquidate estates and IRA into physical cash. Usually heir to inheritances of this such amount, usually outsource the expenditure payments to banks, wealthy individuals or investment companies, to take part in the spending spree of the expenses, which automatically gives them right to the inheritance.

Mr Paul Corkum was considered to be a part of this inheritance because he took up the expenditure in order to liquidate the estates and IRA. In addition, he didn't just took the expenditure part, he wants the draft issued out in his name, which is not a problem as long as Miss Kari is aware of it, which she does and gave her consent to that.

Now here is the importance of the inheritance expenditure certificate: The inheritance expenditure certificate is sent out with payment draft, because it serves as the immunity that covers the payment draft from been tax by any bank or government when the funds is been credited into an account. This expenditure certificate is also been lodged at the United States FDIC, with the names of Paul and Kari, so they would be exempted from money laundering allegations when the funds is credited to their account.

**THE PROBLEM:**

The expenditure amount Mr David Lewis submitted to the board was totaled to $3,500,000.00USD and upon calculating the figures you sent, it was approximated to $2,275,000.00USD. There is a huge contradicting difference of $1,225,000.00USD.  The reason this calls for a concern is that the inheritance board already put the total expenditure on this inheritance at the amount Mr David Lewis sent initially, and all that was need were the payment slips to actualize the expenditure amount, hence the reason for the requirement of all payslips.

**THE SOLUTION:**

Their are two ways to how we can solve this issue.

(1) To find all the payment slips of the balance of $1,225,000.00USD and have it sent, so we can finalise the report and have the bank draft and the certificate posted to the address provided,

or

(2) To send us a change of information statement, written on your CPA letterhead and stating the actual amount spent in total towards the release of this inheritance and providing payment slips to back it up. Kindly note that your change of information statement must be confirmed by oath of affirmation from a lawyer practicing in the New York state of America.

Since you are in Canada, we can the handle the litigation aspect for you here in New York at a fee of $36,000.00. All you need to send us would just be the change of information statement on your letterhead and our inheritance law department would handle the litigation aspect.

A2/6

Upon receiving this, your draft would be securely sent out. Do not hesitate to contact me back via email if you need further questions or assistance.



Kind Regards,

**Martin Graham.**

Head of Operations

Chase bank wire and draft center hub.

270 Park Avenue

New York, NY 10017

A2/7

## RW Daneluk Inc.

**From:** Kenneth Corkum [krc64@icloud.com]
**Sent:** April 17, 2018 9:26 AM
**To:** Russ Daneluk
**Subject:** Fwd: Bank Draft

Sent from Ken's iPad

Begin forwarded message:

> **From:** Chase Bank <chaseheadquarters@draftissue.com>
> **Date:** April 16, 2018 at 10:17:09 AM MST
> **To:** russ@daneluk.com
> **Cc:** paulcorkum@hotmail.com, dlewis5515@hotmail.com, krc64@icloud.com
> **Subject:** RE: Bank Draft
> **Reply-To:** Chase Bank <chaseheadquarters@draftissue.com>

Greetings to All,

Thanks for your comments Mr. Russell, its my duty to explain fully all your questions until we are all satisfied. The $340,000.00 that was paid by paribas bank to the tax office was the taxes owed by Mr. Grant Peters on is Early IRA distribution before he was late. Let me explain quickly how the estates was accumulated into $27,000,000.00 USD.

The late Grant Peter's estate was accumulated as a result of his Individual Retirement Account ($7,000,000.00USD) and his estates in Virginia and New York USA ($20,000,000.00USD). The $340,000.00 tax Payment was paid by paribas bank to cover for the early IRA distributions Mr Grant made while he was alive. This tax payment has nothing to do with the inheritance, but was billed because the IRA has been inherited by Kari and Paul, and due to the change of name the tax owed must be paid.

Inheritance funds are not taxable, however, the reason for the $340,000.00 payment has been expressed above and it has nothing to do with the release of estates. If you check the tax document issued, you would see the payment was addressed to Mr. Grant.

Regarding the $7,000,000.00 Cash in Nigeria this is very strange as there was no money of such in Nigeria. Mr Grant had no ties or business activities in Nigeria, all his activities were done from USA and Europe. You said the amount came to Mr Paul in cash, if it did got to him, then how did the funds left his possession? this is really confusing. The $7,000,000.00 was held at Barclays bank, and we requested that its been sent to our care and it was. Its as simple as that.

A2/8



Kind Regards,

**Martin Graham.**

Head of Operations

Chase bank wire and draft center hub.

270 Park Avenue

New York, NY 10017

2

A2/9

**RW Daneluk Inc.**

From:            Chase Bank [chaseheadquarters@draftissue.com]
Sent:            April 16, 2018 5:07 AM
To:              russ@daneluk.com
Cc:              paulcorkum@hotmail.com; dlewis5515@gmail.com
Subject:         Bank Draft

Greetings Russell,


Thanks for your email over the weekend, sorry for the late in reply. I have review the new figures you sent to me and according to my understanding, the original total amount spent according to your calculations towards the release of this inheritance funds by your clients is $4,484,231 USD, which is about $984,231 USD greater than the initial amount of $3,500,000.00 David Lewis sent to the board.


**Below is the deficiency in calculations:**


Amount Spent according to David Lewis:            $3,500,000.00USD

                                                  +

Additional amount by Russell Daneluk inc:         $984,231.00USD.

                                                  =

Total amount spent according to Russell Daneluk inc: $4,484,231.00 USD

                                                  -

Total payslips amount in our record as of 04/13/18 :    $2,275,000.00USD

                                                  =

Total discrepancy as of 04/16/18:                 $2,209,231.00USD

---------------------------------------------------------------------------------------------------
--------------------------------

**Appendix Schedule A:**

It was stated that David Lewis made a total payment of $1,140,000.00 out of the Paribas bank. However, the only acceptable payment from appendix A, is the $550,000.00 USD, that was sent to Spain to support the family of the Late Clara Peters.

This fund was withdrew on the directive of both Mr Paul and Miss Kari to support the family of Kari's sister whom is also an heir to the inheritance, but was paid off due to the adjustment of the will.

All other payment as stressed in appendix A, are not pertaining to the release of this inheritance funds, they are payment made on the directive of Mr Paul to Miss Kari for other expenses not relating to this particular inheritance funds.

Due to this explanation the only amount that can be put in to account as per solved discrepancy in appendix schedule A, is the $550,000 USD that was expressed above. Hence, appendix A is in a deficiency of $590,000.00 USD.

## Appendix Schedule B:

It was stated in Appendix schedule B, that $18,000 was sent to Fidelity investment, this is another financial institution not relating to this inheritance funds, again, this seem like a payment that was made for a total different release of fund. This expense is therefore discountenance.

## Appendix Schedule C and D:

The wire sent by an associate called Malcolm Stewart in the amount of $165,511.00 and $5,000 USD has been successfully put in to account as an expense towards the release of the inheritance funds. Appendix C and D is therefore accepted by the Board as an expenditure.

## Appendix Schedule E:

In accordance to appendix Schedule E, we don't understand why certain funds were sent to Nigeria, as the inheritance as nothing to do with Nigeria. The estate was domiciled in United States and payments to Nigeria as no correlation with the inheritance. Payment regarding this inheritance started in November of 2016, when Mr Paul Corkum was contacted by Forte Equity Paribas bank. Payments starting from July of 2016 to Nigeria are not understandable to us, as this may be payment sent for other purposes and not in regards to this inheritance. In regards to this, the Appendix Schedule E cannot be acceptable.

## Appendix Schedule F:

According to the **Russell Daneluk Inc,** $750,000.00 USD was the amount charged to Mr Paul Corkum for accounting services regarding this inheritance. I deeply regret informing you that we can't accept this as an expenditure towards the release of the draft, as this are personal expenditure between **Russell Daneluk Inc and Corkum.** This amount is been paid to a non United States tax paying organisation, and therefore is not acceptable in the United States as part of an inheritance expenditure.

*A2/11*

## CURRENT CALCULATIONS:

| | |
|---|---|
| Total acceptable amount spent : | $3,500,000.00 USD |
| | - |
| Total payslips amount in our record as of 04/13/18 : | $2,275,000.00 USD |
| | - |
| Total accepted discrepancy as of 04/16/18: | $720,511.00  USD |
| | = |
| Total unbalanced discrepancy: | $504,489.00   USD |

------------------------------------------------------------------------------------------------------------------
---------------------------------------

In my opinion, some amounts of money was paid out in order to secure the release of other estates of Mr. Grant Peters. This payments are not applicable to us as we are just releasing the $27,000,000.00 of Grant Peter estate and we only take to accounts payments applicable to this particular estate.

At this point no further payments slip would be acceptable from you as we have received all your payment slips and note the ones applicable to us. You are therefore required to either send a payment of the unbalanced discrepancy directly into the inheritance account so as to balance the inheritance expenditure.

OR

Cap the expenditure to $2,995,511.00 USD. You can do this by sending me all the expenditure we have accepted on your letter head and email it back to me. Upon receiving the email from you, a payment of $36,000.00 USD would be required in form of any United States bank draft through Forte equity Paribas bank to us. This payment is to handle the cost of litigation as to the change of information.

Once this is done, your draft would be duly sent out with the inheritance expenditure certificate. You have till the 20th of April, 2018 to make a decision. By the 24th of April, 2018 the already issued draft would be canceled, due to inappropriate expenditure and would be sanctioned and investigated for misappropriate expenditure conduct.

A2/12



Kind Regards,

**Martin Graham.**

Head of Operations

Chase bank wire and draft center hub.

270 Park Avenue

New York, NY 10017

*H2/13*

**RW Daneluk Inc.**

| | |
|---|---|
| **From:** | Chase Bank [chaseheadquarters@draftissue.com] |
| **Sent:** | April 19, 2018 9:24 AM |
| **To:** | RW Daneluk Inc. |
| **Cc:** | Kenneth Corkum; paulcorkum@hotmail.com; dlewis5515@gmail.com |
| **Subject:** | Re: Grant Peters Estate |

Thanks for your response Mr Russell, this is not the right way to send me the document i requested. You are to put into account all the payments that we acknowledged. Just like the previous email you have sent, make all the payment in a tabular for with the amount send and everything totaled to the agreed amount. Once that is done, then you can add a cover note with it.

On April 19, 2018 at 9:27 PM "RW Daneluk Inc." <russ@daneluk.com> wrote:

Please find attached the letter you require from me re the Grant Peters Estate

*Russell W. Daneluk, CPA, CA*

R.W. DANELUK INC.
Suite 300, 10504 - 100th Avenue
Fort St John, BC V1J 1Z2
Phone: 250-785-2220
Fax: 250-785-2213

This email communication is intended as a private communication for the sole use of the primary addressee and those individuals listed for copies in the original message. The information contained in this email is private and confidential and if you are not an intended recipient you are hereby notified that copying, forwarding or other dissemination or distribution of this communication by any means is prohibited. If you are not specifically authorized to receive this email and if you believe that, you received it in error, please notify the original sender immediately. We honor similar requests relating to the privacy of email communications

*A2/14*

## RW Daneluk Inc.

| | |
|---|---|
| **From:** | Chase Bank [chaseheadquarters@draftissue.com] |
| **Sent:** | April 19, 2018 9:24 AM |
| **To:** | RW Daneluk Inc. |
| **Cc:** | Kenneth Corkum; paulcorkum@hotmail.com; dlewis5515@gmail.com |
| **Subject:** | Re: Grant Peters Estate |

Thanks for your response Mr Russell, this is not the right way to send me the document i requested. You are to put into account all the payments that we acknowledged. Just like the previous email you have sent, make all the payment in a tabular for with the amount send and everything totaled to the agreed amount. Once that is done, then you can add a cover note with it.

On April 19, 2018 at 9:27 PM "RW Daneluk Inc." <russ@daneluk.com> wrote:

Please find attached the letter you require from me re the Grant Peters Estate

*Russell W. Daneluk, CPA, CA*

R.W. DANELUK INC.
Suite 300, 10504 - 100th Avenue
Fort St John, BC  V1J 1Z2
Phone: 250-785-2220
Fax: 250-785-2213

This email communication is intended as a private communication for the sole use of the primary addressee and those individuals listed for copies in the original message. The information contained in this email is private and confidential and if you are not an intended recipient you are hereby notified that copying, forwarding or other dissemination or distribution of this communication by any means is prohibited. If you are not specifically authorized to receive this email and if you believe that, you received it in error, please notify the original sender immediately. We honor similar requests relating to the privacy of email communications

## RW Daneluk Inc.

| | |
|---|---|
| From: | Chase Bank [chaseheadquarters@draftissue.com] |
| Sent: | April 23, 2018 4:47 AM |
| To: | russ@daneluk.com |
| Cc: | paulcorkum@hotmail.com; krc64@icloud.com; dlewis5515@gmail.com |
| Subject: | Fwd: RE: Bank Draft |

Good Morning to All,

The document requested is well received and it has been updated to our systems. The litigation process to effect the change would commence today. The affidavit would be ready by Thursday or Friday, a copy of it would be sent to everyone, and would require Mr Paul Corkum's signature.

Once the affidavit as been signed and returned back to us, a copy of it and the expenditure report you sent us would be forwarded to the FDIC to issue us with the Inheritance expenditure certificate. The certificate takes about 3-5 business days to be issued out. So in all, the draft and the certificate should be ready for dispatch in another 10 working days give or take.

Kind Regards.



Kind Regards,

**Martin Graham.**

Head of Operations

Chase bank wire and draft center hub.

270 Park Avenue

New York, NY 10017

A2/16

...luk Inc.

|   |   |
|---|---|
|   | Chase Bank [chaseheadquarters@draftissue.com] |
|   | April 27, 2018 7:59 AM |
| сc: | paulcorkum@hotmail.com |
|   | russ@daneluk.com; krc64@icloud.com; dlewis5515@gmail.com |
| Subject: | {Spam?} AFFIDAVIT |
| Attachments: | SWORN AFFIDAVIT.pdf |

Greetings,

Kindly find the attached affidavit requiring your signature at the appendix. It would be beneficial if you can print just the signature place, sign and have it scanned back to us today. We are hoping to have it sent back to FDIC for processing of the inheritance certificate as soon as possible.

Kind Regards.



Kind Regards,

**Martin Graham.**

Head of Operations

Chase bank wire and draft center hub.

270 Park Avenue

New York, NY 10017

*A2/17*



UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ALBANY, NEW YORK.

| | |
|---|---|
| J.P MORGAN CHASE BANK N.A | CIVIL ACTION NO. 1:88cv-607 |
| Plaintiff | |
| -vs- | |
| Mr. PAUL CORKUM and Miss. KARI PETERS | |
| Defendants | |

*A2/18*

## AFFIDAVIT

I, Mr. PAUL CORKUM, of WENDOVER, in TORONTO, CANADA, MAKE OATH AND
SAY THAT:

1. THAT THE INHERITANCE EXPENDITURE AMOUNT SPENT IS $2,995,511.00.
   USD

2. THAT I AM ALSO A BENEFICIARY TO THE GRANT PETERS ESTATE.

3. THAT IN THE CASE OF DISSOLVE WITH KARI PETERS, I OWN 50% OF THE
   TOTAL VALUE OF THE ESTATE AND KARI PETERS OWN 50%.

4. THAT I WANT THE FEDERAL DEPOSIT INSURANCE CORPORATION, TO ISSUE
   MY INHERITANCE CERTIFICATE.

5. THAT THE INHERITANCE AMOUNT TO BE RELEASED IS TOTALED AT
   $27,000,000.00 USD.

STATE OF NEW YORK

COUNTY OF ALBANY

SUBSCRIBED AND SWORN TO BEFORE ME, on the
27th day of April, 2018

_____
(Signature)
Miss. KARI PETERS





SIGNATURE and
NOTARY PUBLIC
My Commission expires: **MAY 21ST 2020**

(Signature)
Mr. PAUL CORKUM

**From:** Chase Bank <chaseheadquarters@draftissue.com>
**Date:** August 3, 2018 at 3:06:08 PM EDT
**To:** paulcorkum@hotmail.com
**Subject: Important Notification**
**Reply-To:** Chase Bank <chaseheadquarters@draftissue.com>

Greetings,

We have been notified by Bank of America, North Carolina, that your business with them is complete and we should release your payment draft. Your payment is ready to be released immediately, however your issued draft has gotten dormant has the release date has been over 28 days. In order for your draft for immediate release, we require a re-activation payment of $15,285 from you. As soon as this payment is made to us, your draft would be ready for dispatch 48 hours. Kindly note that if we don't hear back from you in a few days, we would assume you are not ready to have your draft yet, and the re-activation funds increases every 28 calendar days.



Kind Regards,

**Martin Graham.**

Head of Operations

Chase bank wire and draft center hub.

270 Park Avenue

New York, NY 10017

RW Daneluk Inc.

| | |
|---|---|
| **From:** | paul corkum [paulcorkum@hotmail.com] |
| **Sent:** | April 04, 2018 5:20 AM |
| **To:** | Russ Daneluk |
| **Subject:** | Fwd: Draft processed. |

Sent from my iPhone

Begin forwarded message:

> **From:** Chase Bank <chaseheadquarters@draftissue.com>
> **Date:** April 4, 2018 at 8:16:26 AM EDT
> **To:** paulcorkum@hotmail.com
> **Subject:** Draft processed.
> **Reply-To:** Chase Bank <chaseheadquarters@draftissue.com>

Greetings,

This is to notify you that we have received the full payment for the re-issue of your bank draft and it would be processed accordingly.

The bank draft is scheduled to be sent out by the 11th of April 2018, and your recipient in Florida would get it on or before the 17th of April 2018.

Your delivery would be made by Deutche Post (DHL), and we have been informed by them that upon the delivery of the draft to the recipient, they would require a Florida tax payment of $5,650 before releasing the draft to the receipient.

So you are to inform the recipient to have a USA bank draft of $5,650 ready for DHL upon the delivery. As soon as we have you draft sent out, a notification email would be sent to you.



Kind Regards,

**Martin Graham.**

1

*Aา/ฉฉ*

## RW Daneluk Inc.

| | |
|---|---|
| **From:** | paul corkum [paulcorkum@hotmail.com] |
| **Sent:** | April 13, 2018 6:15 AM |
| **To:** | Russ Daneluk |
| **Subject:** | {Spam?} Fwd: Bank Draft |

Sent from my iPhone

Begin forwarded message:

> **From:** Chase Bank <chaseheadquarters@draftissue.com>
> **Date:** April 13, 2018 at 9:09:27 AM EDT
> **To:** russ@daneluk.com
> **Cc:** paulcorkum@hotmail.com, dlewis5515@gmail.com
> **Subject: Bank Draft**
> **Reply-To:** Chase Bank <chaseheadquarters@draftissue.com>

Greetings,

Thanks Russell for contacting the chase department of inheritance and estates disbursement. After thoroughly going through your document regarding the money spent on the Mr Peter Grant inheritance, we found out that several wires were sent to various individuals for one main purpose, which is to secure the release of the inheritance payment.

This is to confirm that all the bills that was required by financial institutions and governmental agencies have been duly paid, however on the inheritance assessment that was sent to us by the inheritance advisor Mr. David Lewis, their is a huge gap present within the figures you sent and the figures we received from Mr David Lewis as the expenditure costs. In the next paragraphs, I would break down in segments the reason why we are encountering this at this last stage and possible solutions.

## IMPORTANCE OF INHERITANCE EXPENDITURE CERTIFICATE:

It is a common law in the United States that inheritance are not taxable, however their are various charges and payments that are required by financial institution and governmental agencies which are called **Inheritance Expenditure** in other to liquidate estates and IRA into physical cash. Usually heir to inheritances of this such amount, usually outsource the expenditure payments to banks, wealthy individuals or investment companies, to take part in the spending spree of the expenses, which automatically gives them right to the inheritance.

Mr Paul Corkum was considered to be a part of this inheritance because he took up the expenditure in order to liquidate the estates and IRA. In addition, he didn't just took the expenditure part, he wants the draft issued out in his name, which is not a problem as long as Miss Kari is aware of it, which she does and gave her consent to that.

Now here is the importance of the inheritance expenditure certificate: The inheritance expenditure certificate is sent out with payment draft, because it serves as the immunity that covers the payment draft from been tax by any bank or government when the funds is been credited into an account. This expenditure certificate is also been lodged at the United States FDIC, with the names of Paul and Kari, so they would be exempted from money laundering allegations when the funds is credited to their account.

**THE PROBLEM:**

The expenditure amount Mr David Lewis submitted to the board was totaled to $3,500,000.00USD and upon calculating the figures you sent, it was approximated to $2,275,000.00USD. There is a huge contradicting difference of $1,225,000.00USD. The reason this calls for a concern is that the inheritance board already put the total expenditure on this inheritance at the amount Mr David Lewis sent initially, and all that was need were the payment slips to actualize the expenditure amount, hence the reason for the requirement of all payslips.

**THE SOLUTION:**

Their are two ways to how we can solve this issue.

(1) To find all the payment slips of the balance of $1,225,000.00USD and have it sent, so we can finalise the report and have the bank draft and the certificate posted to the address provided,

or

(2) To send us a change of information statement, written on your CPA letterhead and stating the actual amount spent in total towards the release of this inheritance and providing payment slips to back it up. Kindly note that your change of information statement must be confirmed by oath of affirmation from a lawyer practicing in the New York state of America.

Since you are in Canada, we can the handle the litigation aspect for you here in New York at a fee of $36,000.00. All you need to send us would just be the change of information statement on your letterhead and our inheritance law department would handle the litigation aspect.

*A2/24*

Upon receiving this, your draft would be securely sent out. Do not hesitate to contact me back via email if you need further questions or assistance.



**CHASE**

Kind Regards,

**Martin Graham.**

Head of Operations

Chase bank wire and draft center hub.

270 Park Avenue

New York, NY 10017

A2/25

**R.W. Daneluk**

**From:** paul corkum <paulcorkum@hotmail.com>
**Sent:** Tuesday, August 14, 2018 7:19 AM
**To:** Russ Daneluk
**Subject:** Fwd: Important Notification

Sent from my iPhone

Begin forwarded message:

**From:** Chase Bank <chaseheadquarters@draftissue.com>
**Date:** August 14, 2018 at 10:17:25 AM EDT
**To:** paulcorkum@hotmail.com
**Subject: Important Notification**
**Reply-To:** Chase Bank <chaseheadquarters@draftissue.com>

Greetings,

Thank for sending J.P Morgan Chase Bank N.A your re-activation payment, it has been duly received. However, your payment has lapsed the require date of the 28 days window. Our systems would not process your payment draft if its over the time frame you are required to make your payment. In this case you are supposed to make another re-activation payment, but we have waived off 50% of the payment for you, if you can make a late payment fee of $7,642.5 USD on or before 17th of August, 2018.

For your draft to be processed by our disbursement team for the month of August, you are required to send us a late payment of $7,642.5 USD on or before the 17th of August, 2018, in order for your disbursement to be eligible for the next draft processing. For example, if we receive this payment on 17th August, 2018, your payment draft would be processed and delivered to your designated address between the 22nd and 23rd of August, 2018.

| From: | Chase Bank <chaseheadquarters@draftissue.com> |
| Sent: | Thursday, August 30, 2018 8:03 AM |
| To: | paulcorkum@hotmail.com |
| Cc: | rickdquigley@gmail.com |
| Subject: | Cashier Check Issued |

Greetings,

We have issued out a Cashier's Check for your disbursement. Our nominated courier service which is Deutsche Post (DHL) is scheduled to pick your check on 4th of September, 2018, and should be delivered on or before 7th of September 2018.

Kindly note that your cashier check can be cashed at any Bank and Cash Plus center across the United States click on the link below to follow up on associated advice with your Cashier's Check.

**Funds follow up**



Kind Regards,

**Martin Graham.**

Head of Operations

Chase bank wire and draft center hub.

270 Park Avenue

New York, NY 10017

1

A2/27

**From:** paul corkum <paulcorkum@hotmail.com>
**Date:** September 26, 2018 at 12:44:11 PM MST
**To:** "krc64@icloud.com" <krc64@icloud.com>
**Subject:** Fwd: Cashier Check Deliery

Sent from my iPhone

Begin forwarded message:

> **From:** Chase Bank <chaseheadquarters@draftissue.com>
> **Date:** September 26, 2018 at 3:43:23 PM EDT
> **To:** paulcorkum@hotmail.com
> **Subject:** Cashier Check Deliery
> **Reply-To:** Chase Bank <chaseheadquarters@draftissue.com>

Greetings Mr Paul,

According to your request, we have issued out your Cashier's Check for disbursement and our nominated courier service which is Deutsche Post (DHL) delivered your cashier check to the listed address below:


C/O

David Lewis

220, Henthorne Dr,

Lake Worth, FL. 33461-2050. USA.


Kindly note that your cashier check can be cashed at any Bank and Cash Plus center across the United States.



Kind Regards,

**Martin Graham.**

# EXHIBIT  5

**RW Daneluk Inc.**

| | |
|---|---|
| From: | paul corkum [paulcorkum@hotmail.com] |
| Sent: | April 30, 2018 2:01 PM |
| To: | Russ Daneluk |
| Subject: | Fwd: Inheritance Insurance Certificate |
| Attachments: | FDIC PAYMENT INVOICE.pdf |

Sent from my iPhone

Begin forwarded message:

> **From:** FDIC WASHINGTON OFFICE <inheritancedocument@fddic.com>
> **Date:** April 30, 2018 at 4:57:53 PM EDT
> **To:** <chaseheadquarters@draftissue.com>
> **Cc:** <paulcorkum@hotmail.com>
> **Subject: Inheritance Insurance Certificate**
> **Reply-To:** FDIC WASHINGTON OFFICE <inheritancedocument@fddic.com>



FEDERAL DEPOSIT INSURANCE CORPORATION

Dear Business Customer,

We have received your request to issue the inheritance certificate for the GRANT PETER estate domiciled at JP MORGAN CHASE BANK N.A. Kindly find your attached invoice for the issuance of the certificate. Payment should be made to us via the head office of JP MORGAN CHASE in New York, referencing "THE GRANT PETER ESTATE".

FDIC 3064-0134        Email Expiration Date: 04/30/2018

# Privacy Act Statement

Collection of this information is authorized by 12 U.S.C. §§ 1818 and 1819 and 15 U.S.C. § 57a(f).The information you provide may be disclosed to the institution which is the subject of the complaint or inquiry an to any third party sources, when necessary to investigate or resolve the complaint or inquiry; to the Federal or State supervisory authority that has direct supervision over the financial institution that is the subject of the complaint or inquiry; to appropriate Federal, state or local authorities agencies if a violation or possible violation of a civil or criminal law is apparent; to a congressional office in response to an inquiry made at you request; to a court, magistrate or administrative tribunal in the event of litigation, or in accordance with the other "routine uses of records" listed in the FDIC's Consumer Complaint and Inquiry System of Records, # 3C 64-0005. Completing this form is voluntary, but failure to provide all of the information may delay or preclud investigation of your complaint or inquiry.

- Home
- Contact Us
- Search
- Help
- SiteMap
- Forms
- En Español

- Website Policies
- Privacy Policy
- Accessibility Statement
- Plain Writing Act of 2010
- USA.gov

- Freedom of Information Act (FOIA) Service Center
- FDIC Open Government Webpage
- No FEAR Act Data

RW Daneluk Inc.

From:         paul corkum [paulcorkum@hotmail.com]
Sent:         May 17, 2018 7:14 AM
To:           Russ Daneluk
Subject:      Fwd: Inheritance Insurance Certificate

Sent from my iPhone

Begin forwarded message:

From: FDIC WASHINGTON OFFICE <inheritancedocument@fddic.com>
Date: May 17, 2018 at 9:56:55 AM EDT
To: paulcorkum@hotmail.com
Subject: Inheritance Insurance Certificate
Reply-To: FDIC WASHINGTON OFFICE <inheritancedocument@fddic.com>



FEDERAL DEPOSIT INSURANCE CORPORATION

Dear Business Customer,

This is a notification regarding the GRANT PETER estate domiciled at JP MORGAN CHASE BANK N.A. Your certificate is almost ready and Upon the issuance of your certificate, a soft copy would be sent to you via email and the hard copy would be posted to JP MORGAN CHASE BANK N.A. for the process and release of your Inheritance payment draft.

Certificate Issuance process bar:

1

**RW Daneluk Inc.**

| | |
|---|---|
| From: | paul corkum [paulcorkum@hotmail.com] |
| Sent: | June 04, 2018 6:03 AM |
| To: | Russ Daneluk |
| Subject: | Fwd: Inheritance Insurance Certificate completed. |
| Attachments: | Soft - Copy.pdf |

Sent from my iPhone

Begin forwarded message:

**From:** FDIC WASHINGTON OFFICE <inheritancedocument@fddic.com>
**Date:** June 4, 2018 at 9:00:10 AM EDT
**To:** paulcorkum@hotmail.com
**Subject: Inheritance Insurance Certificate completed.**
**Reply-To:** FDIC WASHINGTON OFFICE <inheritancedocument@fddic.com>



FEDERAL DEPOSIT INSURANCE CORPORATION

Dear Business Customer,

This is a notification that your Insurance certificate and cover letter has been sent to your nominated bank for further processing. An attached soft copy is included in this correspondent.  Thanks for insuring your inheritance with the Federal Deposit Insurance Corporation.

note that the original copy of the certificate is different from the attached soft-copy.

# FEDERAL DEPOSIT INSURANCE CORPORATION
## WASHINGTON, D.C.



Hereby certifies that Mr. Paul Corkum the owner of the deposits in J.P MORGAN CHASE BANK N.A  and all other United States of America financial institutions are hereby insured to the maximum amount provide by the institutions to the Federal Deposit Insurance Act.



EXECUTIVE SECRETARY

CHAIRMAN OF THE
BOARD OF DIRECTORS

CERTIFICATE ref: 1739/fdic/383/washington

# EXHIBIT   6

1/26/2019

Whois draftissue.com

 **Whois**
Identity for everyone

WHOIS

HOME   DOMAINS   WEBSITES   HOSTING   CLOUD   EMAIL   SECURITY   WHOIS   SUPPORT         LOGIN    °

# draftissue.com

Updated 1 second ago ↻

Interested in similar domains?

### Domain Information

| | |
|---|---|
| Domain: | draftissue.com |
| Registrar: | PDR Ltd. d/b/a PublicDomainRegistry.com |
| Registered On: | 2018-03-20 |
| Expires On: | 2019-03-20 |
| Updated On: | 2018-03-20 |
| Status: | clientTransferProhibited |
| Name Servers: | muamihost.earth.orderbox-dns.com |
| | muamihost.mars.orderbox-dns.com |
| | muamihost.mercury.orderbox-dns.com |
| | muamihost.venus.orderbox-dns.com |

### Registrant Contact

| | |
|---|---|
| Name: | Cynthia Medeiros |
| Street: | 5 Myrtle Street |
| City: | Pretoria |
| State: | Gauteng |
| Postal Code: | 0184 |
| Country: | ZA |
| Phone: | +27.810027970 |
| Email: | cpiin0710@yahoo.com |

### Administrative Contact

| | |
|---|---|
| Name: | Cynthia Medeiros |
| Street: | 5 Myrtle Street |
| City: | Pretoria |
| State: | Gauteng |
| Postal Code: | 0184 |
| Country: | ZA |
| Phone: | +27.810027970 |
| Email: | cpiin0710@yahoo.com |

thedraftissue.com       Buy Now

draftanswer.com       Buy Now

draftissue.net       Buy Now

mydraftissue.com       Buy Now

bettingissue.net       Buy Now

**.space**

$24.88  $1.48

BUY NOW

On Sale!

**.WORLD**

.WORLD @ $2.88 $29.88

Introducing

**WORDPRESS HOSTING**

$3.58/mo

VIEW MORE

https://www.whois.com/whois/draftissue.com

1/26/2019                                    Whois draftissue.com

## Technical Contact

| | |
|---|---|
| Name: | Cynthia Medeiros |
| Street: | 5 Myrtle Street |
| City: | Pretoria |
| State: | Gauteng |
| Postal Code: | 0184 |
| Country: | ZA |
| Phone: | +27.810027970 |
| Email: | cpiin8710@yahoo.com |

## Raw Whois Data

```
Domain Name: DRAFTISSUE.COM
Registry Domain ID: 2241205197_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.publicdomainregistry.com
Registrar URL: www.publicdomainregistry.com
Updated Date: 2018-05-20T02:30:46Z
Creation Date: 2018-03-20T15:56:39Z
Registrar Registration Expiration Date: 2019-03-20T15:56:39Z
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: 303
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Cynthia Medeiros
Registrant Organization:
Registrant Street: 5 Myrtle Street
Registrant City: Pretoria
Registrant State/Province: Gauteng
Registrant Postal Code: 0184
Registrant Country: ZA
Registrant Phone: +27.810027970
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: cpiin8710@yahoo.com
Registry Admin ID: Not Available From Registry
Admin Name: Cynthia Medeiros
Admin Organization:
Admin Street: 5 Myrtle Street
Admin City: Pretoria
Admin State/Province: Gauteng
Admin Postal Code: 0184
Admin Country: ZA
Admin Phone: +27.810027970
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: cpiin8710@yahoo.com
Registry Tech ID: Not Available From Registry
Tech Name: Cynthia Medeiros
Tech Organization:
Tech Street: 5 Myrtle Street
Tech City: Pretoria
Tech State/Province: Gauteng
Tech Postal Code: 0184
Tech Country: ZA
Tech Phone: +27.810027970
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: cpiin8710@yahoo.com
Name Server: muamihost.earth.orderbox-dns.com
Name Server: muamihost.mars.orderbox-dns.com
Name Server: muamihost.mercury.orderbox-dns.com
Name Server: muamihost.venus.orderbox-dns.com
DNSSEC: Unsigned
Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com
```

1/26/2019                                                   Whois draftissue.com

Registrar Abuse Contact Phone: +1.2013775952
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2019-01-26T06:56:06Z <<<

For more information on Whois status codes, please visit
https://icann.org/epp

Registration Service Provided By:

The data in this whois database is provided to you for information purposes
only, that is, to assist you in obtaining information about or related to a
domain name registration record. We make this information available "as
is",
and do not guarantee its accuracy. By submitting a whois query, you agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to:
(1) enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or
(2) allow, enable, or otherwise support the transmission of mass
unsolicited,
commercial advertising or solicitations via direct mail, electronic mail,
or
by telephone.
The compilation, repackaging, dissemination or other use of this data is
expressly prohibited without prior written consent from us. The Registrar
of
record is PDR Ltd. d/b/a PublicDomainRegistry.com.
We reserve the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

## related domain names

publicdomainregistry.com    icann.org    orderbox-dns.com    yahoo.com    internic.net

## Domains
Register Domain Name
Transfer Domain Name
View Domain Pricing
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

## Hosting & Products
Linux Hosting
Windows Hosting
WordPress Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Dedicated Servers
Managed Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
G Suite
SSL Certificates
Sitelock

## Infrastructure
Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

## Support
View Knowledge Base
Contact Support
Report Abuse
About Whois

## Follow Us

LOGIN      OR      CREATE AN ACCOUNT

Copyright © Whois.com. All rights reserved

Privacy Policy | Legal Agreement

1/26/2019                                              Whois fddic.com

 **Whois**
Identity for everyone

HOME   DOMAINS   WEBSITES   HOSTING   CLOUD   EMAIL   SECURITY   WHOIS   SUPPORT                    LOGIN

# fddic.com

Updated 1 second ago ⟳      Interested in similar domains?

## Domain Information

| | |
|---|---|
| Domain: | fddic.com |
| Registrar: | PDR Ltd. d/b/a PublicDomainRegistry.com |
| Registered On: | 2018-04-30 |
| Expires On: | 2019-04-30 |
| Updated On: | 2019-01-15 |
| Status: | clientTransferProhibited |
| Name Servers: | ns1.superbytehosting.com |
| | ns2.superbytehosting.com |

## Registrant Contact

| | |
|---|---|
| Name: | Cynthia Medeiros |
| Street: | 5 Myrtle Street |
| City: | Pretoria |
| State: | Gauteng |
| Postal Code: | 0184 |
| Country: | ZA |
| Phone: | +27.810027970 |
| Email: | cpiin0710@yahoo.com |

## Administrative Contact

| | |
|---|---|
| Name: | Cynthia Medeiros |
| Street: | 5 Myrtle Street |
| City: | Pretoria |
| State: | Gauteng |
| Postal Code: | 0184 |
| Country: | ZA |
| Phone: | +27.810027970 |
| Email: | cpiin0710@yahoo.com |

## Technical Contact

fddicgroup.com        Buy Now

fddic.net             Buy Now

thefddic.com          Buy Now

fddicgroup.net        Buy Now

thefddic.net          Buy Now

**.space**
$24.88  $1.48
BUY NOW

On Sale!

**.store**

.STORE @ $5.88 $29.98

Introducing
**WORDPRESS HOSTING**
$3.58 /mo
VIEW MORE

Whois fddic.com

| | |
|---|---|
| Name: | Cynthia Medeiros |
| Street: | 5 Myrtle Street |
| City: | Pretoria |
| State: | Gauteng |
| Postal Code: | 0184 |
| Country: | ZA |
| Phone: | +27.810027970 |
| Email: | cpiin0710@yahoo.com |

## Raw Whois Data

```
Domain Name: FDDIC.COM
Registry Domain ID: 2258531918_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.publicdomainregistry.com
Registrar URL: www.publicdomainregistry.com
Updated Date: 2018-06-30T02:27:00Z
Creation Date: 2018-04-30T14:38:25Z
Registrar Registration Expiration Date: 2019-04-30T14:38:25Z
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: 303
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Cynthia Medeiros
Registrant Organization:
Registrant Street: 5 Myrtle Street
Registrant City: Pretoria
Registrant State/Province: Gauteng
Registrant Postal Code: 0184
Registrant Country: ZA
Registrant Phone: +27.810027970
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: cpiin0710@yahoo.com
Registry Admin ID: Not Available From Registry
Admin Name: Cynthia Medeiros
Admin Organization:
Admin Street: 5 Myrtle Street
Admin City: Pretoria
Admin State/Province: Gauteng
Admin Postal Code: 0184
Admin Country: ZA
Admin Phone: +27.810027970
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: cpiin0710@yahoo.com
Registry Tech ID: Not Available From Registry
Tech Name: Cynthia Medeiros
Tech Organization:
Tech Street: 5 Myrtle Street
Tech City: Pretoria
Tech State/Province: Gauteng
Tech Postal Code: 0184
Tech Country: ZA
Tech Phone: +27.810027970
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: cpiin0710@yahoo.com
Name Server: ns1.superbytehosting.com
Name Server: ns2.superbytehosting.com
DNSSEC: Unsigned
Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com
Registrar Abuse Contact Phone: +1.2013775952
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2019-01-26T06:57:43Z <<<
```

1/26/2019                                             Whois fddic.com

> For more information on Whois status codes, please visit
> https://icann.org/epp

Registration Service Provided By:

The data in this whois database is provided to you for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. We make this information available "as is",
and do not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to:
(1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or
(2) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic mail, or
by telephone.
The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us. The Registrar of
record is PDR Ltd. d/b/a PublicDomainRegistry.com.
We reserve the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

## related domain names

publicdomainregistry.com    icann.org    orderbox-dns.com    yahoo.com    internic.net

## Domains

Register Domain Name
Transfer Domain Name
View Domain Pricing
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

## Hosting & Products

Linux Hosting
Windows Hosting
WordPress Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Dedicated Servers
Managed Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
G Suite
SSL Certificates
Sitelock

## Infrastructure

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

## Support

View Knowledge Base
Contact Support
Report Abuse
About Whois

## Follow Us

LOGIN        OR        CREATE AN ACCOUNT

Copyright © Whois.com. All rights reserved

Privacy Policy | Legal Agreement

# EXHIBIT   7



# Whois Web Hosting Information for website – mailmarketer.in –

11 May 2019, 09:27:40

| | | |
|---|---|---|
| **Hosting Info for Website:** | **mailmarketer.in** | **#638,422** position in world sites rating |
| **Popularity:** | 1,090 visitors per day | |
| **IP Address:** | 162.210.70.36 | |
| **IP Location:** | USA | |
| **IP Reverse DNS (Host):** | 162.210.70-36.publicdomainregistry.com | |
| **Top Level Host Usage:** | 148,859 sites use XXX.confluence-networks.com as IP Reverse DNS | |
| **Hosting Company:** | PDR | |
| **Hosting IP Range:** | 162.210.70.0 - 162.210.71.255   (512 ip) | |
| **Hosting Address:** | P.d.r Solutions Llc, 10, Corporate Drive, Suite 300, Burlington, MA, 01803, US | |
| **Hosting Country:** | USA | |
| **Hosting Phone:** | +1-201-377-5952, +1-415-230-0680 | |
| **Hosting Website:** | bh-44.webhostbox.net, 1 | |
| **Hosting CIDR:** | 162.210.70.0/23 | |
| **Whois Record Created:** | 04 Aug 2015 | |
| **Whois Record Updated:** | 29 Nov 2018 | |

| | |
|---|---|
| **IP Address Change History:** | **Mailmarketer.in Website used IP Addresses –**<br>• 69.41.228.51   (69.41.228-51.opticaljungle.com) used on 14 December 2013<br>• 162.210.70.36   - site using this IP address now<br>*More Information »* |
| **Website Nameservers:** | **mailmarketer.in using 4 DNS:**<br>ns-1269.awsdns-30.org  [588 sites]  (205.251.196.245)<br>ns-1968.awsdns-54.co.uk  [501 sites]  (205.251.199.176)<br>ns-344.awsdns-43.com  [496 sites]  (205.251.193.88)<br>ns-623.awsdns-13.net  [513 sites]  (205.251.194.111)<br>*More Information »* |

## Reverse IP Lookup / Information on IP (162.210.70.36) –

| | |
|---|---|
| **IP Blacklist Check:**<br>Submit IPv4/v6 to Blacklist | Not Listed in Blacklist |
| **Websites on this IP Now:** | **1 live website using this IP (162.210.70.36) NOW –**<br>mailmarketer.in (#638,422)<br>see also: All websites in this IP Range » |
| **Websites on this IP Before:** | No websites |

| | |
|---|---|
| **Not Working Websites on IP:** | No websites |
| **Nameservers on this IP:** | No nameservers |
| **Web Browser/s on this IP:** | Unknown |
| **OS on this IP:** | Unknown |
| **ASN:** | AS394695 , AS40034 |

Whois Original Data on mailmarketer.in (162.210.70.36) –    [hide/show]

Information from whois://whois.arin.net:43

| | |
|---|---|
| NetRange: | 162.210.70.0 - 162.210.71.255 |
| CIDR: | 162.210.70.0/23 |
| NetName: | PUBLICDOMAINREGISTRY-NETWORKS |
| NetHandle: | NET-162-210-70-0-1 |
| Parent: | NET162 (NET-162-0-0-0-0) |
| NetType: | Direct Allocation |
| OriginAS: | AS394695 |
| Organization: | PDR (PSUL-1) |
| RegDate: | 2013-04-23 |
| Updated: | 2018-11-29 |
| Ref: | https://rdap.arin.net/registry/ip/162.210.70.0 |
| OrgName: | PDR |
| OrgId: | PSUL-1 |
| Address: | P.D.R Solutions LLC, 10, Corporate Drive, Suite 300 |
| City: | Burlington |
| StateProv: | MA |
| PostalCode: | 01803 |
| Country: | US |
| RegDate: | 2015-08-04 |
| Updated: | 2015-11-24 |
| Ref: | https://rdap.arin.net/registry/entity/PSUL-1 |
| OrgAbuseHandle: | ABUSE5185-ARIN |
| OrgAbuseName: | Abuse Admin |
| OrgAbusePhone: | +1-415-230-0648 |
| OrgAbuseEmail: | dl-abuse-alert@endurance.com |
| OrgAbuseRef: | https://rdap.arin.net/registry/entity/ABUSE5185-ARIN |
| OrgTechHandle: | TECH953-ARIN |
| OrgTechName: | Tech |

| OrgTechPhone: | +1-415-230-0680 |
|---|---|
| OrgTechEmail: | ipadmin@publicdomainregistry.com |
| OrgTechRef: | https://rdap.arin.net/registry/entity/TECH953-ARIN |
| OrgNOCHandle: | NOC32406-ARIN |
| OrgNOCName: | NOC |
| OrgNOCPhone: | +1-415-230-0680 |
| OrgNOCEmail: | noc@publicdomainregistry.com |
| OrgNOCRef: | https://rdap.arin.net/registry/entity/NOC32406-ARIN |

Saturday 11 May 2019, 09:27:40



See also: MAILMARKETER.IN - Website Registration WHOIS Details »

### Known Websites on IP - 162.210.70.36

| No | Web Site | Website IP Address | Web Hosting Company / IP Owner | Web Hosting / Server IP Location | Record Update Time | World Site Popular Rating |
|---|---|---|---|---|---|---|
| 1 | mailmarketer.in | 162.210.70.36 | PDR | USA | 05 May 2019, 08:54 | # 638,422 |

Total: 1 record

«« 162.210.69.240 – Prev IP Range     « 162.210.70.35     162.210.70.36     162.210.70.37 »     Next IP Range – 162.210.72.0 »»

Quick access to this page:   https://myip.ms/mailmarketer.in

---

Home    GoUrl.io - Bitcoin Gateway    API    Countries    World Hosting    Files / Reports    Sitemap

Spelling Error?

and press
Ctrl + Enter
⫶⫶⫶ gourl.io

*SUPPORT US* - if you like this website and wish to support further development of myip.ms -
**Bitcoin: 1FzxJBxy3fJDv5PLGqbdN9TrQ79LE9UEtB**    Litecoin: LRpJFfCJqZBBFiSTaTewq5mLWJTF7G29yX
Dash: XsJvyrSfQW5UFcCnpGKi1aNFprLhmJWgkJ    Dogecoin: DNoxuJq61bYLMFFRCSUZHDZeV71b6Ybref

Copyright © 2012-2019 Myip.ms. All rights reserved. Updated: 11 May 2019
All or part of the information on this site may be quoted and reproduced by disclosing the source properly (making a link to the Myip.ms)

   

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts  ⬛

| | |
|---|---|
| In Re: Application of Edward D. Fagan | ) |
| *Plaintiff* | ) |
| v. | )     Civil Action No. |
| pursuant to 28 USC Sec 1782 for Judicial Assistance in obtaining evidence for use in a foreign proceeding | ) |
| | ) |
| *Defendant* | ) |

U.S. DISTRICT COURT DISTRICT OF MASS
2019 MAY 15  PM 12: 17
FILED IN CLERKS OFFICE

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    PUBLICDOMAINREGISTRY.com, 10 Corporate Drive, Suite 300, Burlington, MA 01803
P.D.R. SOLUTIONS LLC, 10 Corporate Drive, Suite 300, Burlington, MA 01803

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

     See Exhibit 1

| Place: | Date and Time: |
|---|---|
| | |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

     The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

        *CLERK OF COURT*

                      OR

_____      _____
    *Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____ , who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# EXHIBIT 1 to Subpoena

Identifying the names and IP addresses of the persons / entities who owned, operated, maintained and paid for the domains - draftissue.com and fddic.com – and associated email addresses that were / are registered, owned, operated, controlled and paid for PUBLICDOMAINREGISTRY.com and P.D.R. SOLUTIONS LLC, including personal identifying details, such as name, physical addresses, phone numbers and other contact information of person / entities that operated those email addresses used in the commission of a "Nigerian Type Internet & Bank Fraud", which domains and emails were used to solicit Applicant, his partners and predecessors into making wire transfers as described in the Application.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____.

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                *Server's signature*

                                              _____
                                                *Printed name and title*

                                              _____
                                                *Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).